# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Helen Alexander, et al

V.

PFIZER, INC., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 4382 

TO: (Name and address of defendant)

Pfizer, Inc.
G.D. Searle LLC
Pharmacia Corporation
c/o CT Services Corporation
818 West 7th Street
Los Angeles, CA 90017

Monsanto Company
c/o CSC – Lawyers Incorporating Service
P. O. Box 526036
Sacramento, CA 95852-6036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald B. Taylor, Jr. (TAY026)
Navan Ward, Jr. (WAR062)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

AUG 2 4 2007
DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/11/07 |
| Name of SERVER Amy M. Hardeman | TITLE Legal Secretary |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/4/07
Date

Signature of Server: Amy M. Hardeman

Address of Server: PO Box 4160, Mont. AL 36104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



2. Article Number
7160 3901 9841 0841 9371
3. Service Type **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

Monsanto Company
c/o CSC- Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA 95852-6036

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X   APRIL GUSS   SEP 04 2007
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, February 2002                Domestic Return Receipt