1 Frank Woodson
Navan Ward
2 **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
3 218 Commerce Street
P.O. Box 4160
4 Montgomery, Alabama 36103
Telephone: 334-269-2343
5 Facsimile: 334-954-7555
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*James Alan Bell vs. G.D. Searle LLC, et al.*<br>(05-4450 CRB)<br><br>*James Rogers Fanning vs. G.D. Searle LLC, et al.*<br>(05-4453 CRB)<br><br>*John J. Driscoll vs. Pfizer Inc, et al.*<br>(05-4584 CRB)<br><br>*Barbara Clem vs. G.D. Searle LLC, et al.*<br>(05-4736 CRB)<br><br>*Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*<br>(05-5360 CRB)<br><br>*Johnny Edwards vs. Pfizer Inc, et al.*<br>(06-1914 CRB)<br><br>*William Crowley vs. Pfizer Inc*<br>(06-2668 CRB)<br><br>*Connie B. Anderson vs. Pfizer Inc, et al.*<br>(06-2784 CRB)<br><br>*Tracy Baral vs. Pfizer Inc, et al.*<br>(06-2912 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

1

2   *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
    (06-2940 CRB)

3   *Michael Castle, et al. vs. Pfizer Inc, et al.*
    (06-3061 CRB)
4
    *Henry Anderson vs. Pfizer Inc, et al.*
5   (06-3418 CRB)

6   *Carolyn Chasteen vs. Pfizer Inc, et al.*
    (06-3433 CRB)
7
    *James Craig vs. Pfizer Inc, et al.*
8   (06-3554 CRB)

9   *Connie Akridge vs. Pfizer Inc, et al.*
    (06-3555 CRB)
10
    *Faye Cochran vs. G.D. Searle LLC, et al.*
11  (06-3654 CRB)

12  *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)
13
    *David Dobbins vs. Pfizer Inc, et al.*
14  (06-3950 CRB)

15  *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)
16
    *Jerry Goodman vs. Pfizer Inc, et al.*
17  (06-4013 CRB)

18  *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)
19
    *Alyce B. Elliott vs. Pfizer Inc, et al.*
20  (06-4419 CRB)

21  *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)
22
    *Elaine Givens vs. Pfizer Inc, et al.*
23  (06-4608 CRB)

24  *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)
25
    *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26  (06-5385 CRB)

27  *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

*Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

*Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

*Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

*Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

*Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

*Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

*Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

*Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

*George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

*Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

*Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

*Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

*Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

*Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

*Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

*Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

*Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

*Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

*Betty Lou Bass vs. Pfizer Inc, et al.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | (07-3643 CRB) |
| 2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.* (07-3646 CRB) |
| 3 | |
| 4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.* (07-3955 CRB) |
| 5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.* (07-4382 CRB) |
| 6 | |
| 7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.* (07-4983 CRB) |
| 8 | *James Darty vs. G.D. Searle LLC, et al.* (07-5399 CRB) |
| 9 | |
| 10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.* (07-5590 CRB) |
| 11 | *Morris Adams, et al. vs. Pfizer Inc, et al.* (07-5591 CRB) |
| 12 | |
| 13 | *Peter Fos vs. Pfizer Inc, et al.* (07-5685 CRB) |
| 14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.* (07-5703 CRB) |
| 15 | |
| 16 | *Vivian Cobb vs. Pfizer Inc, et al.* (08-0257 CRB) |
| 17 | *Roberta Bowman vs. Pfizer Inc, et al.* (08-0303 CRB) |
| 18 | |
| 19 | *Harriet Bratcher vs. Pfizer Inc, et al.* (08-0795 CRB) |
| 20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.* (08-0977 CRB) |
| 21 | |
| 22 | *Ramond Beaver vs. Pfizer Inc, et al.* (08-1015 CRB) |
| 23 | *Robert Colman vs. Pfizer Inc, et al.* (08-1016 CRB) |
| 24 | |
| 25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.* (08-1224 CRB) |
| 26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.* (08-1351 CRB) |
| 27 | |
| 28 | *Tim Gray vs. Pfizer Inc, et al.* (08-1434 CRB) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  *Owen L. May, et al. vs. Pfizer Inc, et al.*
2  (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
    *Lawanda Bell vs. Pfizer Inc, et al.*
11  (08-3708 CRB)

12          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
15  each side bearing its own attorneys' fees and costs.

22  DATED: 10/29/2009   By: *[signature] Navan Ward*

24  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    218 Commerce Street
25  P.O. Box 4160
    Montgomery, Alabama 36103
26  Telephone: 334-269-2343
    Facsimile: 334-954-7555

    *Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  DATED: Oct. 29, 2009    By: /s/ _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-